**ORIGINAL**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUN 2 6 2009

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SYNCHROME TECHNOLOGY INC., § § § Plaintiff, § § v. § § LG ELECTRONICS U.S.A., INC., § SAMSUNG ELECTRONICS § AMERICA, INC., TOSHIBA § AMERICA INFORMATION § SYSTEMS, INC., PANASONIC § CORPORATION OF NORTH § AMERICA, HITACHI AMERICA, § LTD., § § § Defendants. § | C.A. No. 1 09-cv-1736 <br><br> **JURY TRIAL DEMANDED** |

Certificate of Interested Persons and Corporate Disclosure Statement of
Synchrome Technology, Inc.

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action. Synchrome Technology Inc. does not have any parent corporation or any publicly held corporation owning 10% or more of the stock of Synchrome Technology, Inc.

    SYNCHROME TECHNOLOGY INC.,
    LG ELECTRONICS U.S.A., INC.,
    SAMSUNG ELECTRONICS AMERICA, INC.,
    TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,
    PANASONIC CORPORATION OF NORTH AMERICA,
    HITACHI AMERICA, LTD.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Attorneys for Plaintiff:

>DUANE MORRIS, LLP
>L. Norwood Jameson
>Leah J. Poynter
>Patrick D. McPherson
>Barry Golob
>John M. Baird

Dated June 26, 2009.

Respectfully submitted,

L. Norwood Jameson
Georgia Bar No. 003970
(wjameson@duanemorris.com)
Leah J. Poynter
Georgia Bar No. 586605
(lpoynter@duanemorris.com)

DUANE MORRIS, LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
(404) 253-6900 (Telephone)
(404) 253-6901 (Facsimile)

*ATTORNEYS FOR PLAINTIFF
SYNCHROME TECHNOLOGY INC.*

DM1\1798066.1