UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| _____ | ) | |
| SYNCHROME TECHNOLOGY INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:09-CV-01736 JEC |
| v. | ) | |
| | ) | |
| LG ELECTRONICS U.S.A., INC.; | ) | |
| SAMSUNG ELECTRONICS AMERICA, | ) | |
| INC.; TOSHIBA AMERICA | ) | |
| INFORMATION SYSTEMS, INC.; | ) | |
| PANASONIC CORPORATION OF | ) | |
| NORTH AMERICA; and HITACHI | ) | |
| AMERICA, LTD., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT OF DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of Panasonic Corporation of North America:

SYNCHROME TECHNOLOGY INC.,
LG ELECTRONICS U.S.A.., INC.,
SAMSUNG ELECTRONICS AMERICA, INC.,
TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,
HITACHI AMERICA, LTD.,
PANASONIC CORPORATION OF NORTH AMERICA, and
PANASONIC CORPORATION.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.


**(3)** The undersigned further certifies that, to her knowledge, the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**<u>FOR PLAINTIFF:</u>**

Barry P. Golob
Duane Morris, LLP-DC
505 – 9th St., NW – Suite 1000
Washington, DC 20005-2004

John Matthew Baird
Duane Morris, LLP-DC
Suite 1000
505 9th Street NW
Washington, DC 20004-2166

Patrick D. McPherson
Duane Morris, LLP-DC
Suite 1000
505 9th Street NW
Washington, DC 20004-2166

Louis Norwood Jameson
Leah J Poynter
Duane Morris, LLP -GA
1180 West Peachtree Street, NW
Suite 700
Atlanta, GA 30309-3448

**FOR DEFENDANT LG ELECTRONICS U.S.A., INC.**

Bryan G. Harrison
Morris Manning & Martin LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326

Jesse J. Jenner
Gene W. Lee
David S. Chun
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Dalila A. Wendlandt
Ropes & Gray LLP
One International Place
Boston, MA 02110-2624

**FOR DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.**

William Sekyi
Fish & Richardson-DC
1425 K Street, NW
Suite 1100
Washington, DC 20005

Nagendra Setty
Thad Charles Kodish
Noah C. Graubart
Brian Patrick Boyd
Fish & Richardson, P.C.-Atl
21st Floor
1180 Peachtree Street, NE
Atlanta, GA 30309

**FOR DEFENDANT TOSHIBA AMERICA INFORMATION SYSTEMS, INC.**

Evan Finkel
Mark R. Kendrick
Carolyn S. Lu
Pillsbury Winthrop Shaw Pittman, LLP-CA
Suite 2800
725 South Figueroa Street
Los Angeles, CA 90017-5406

John L. Taylor, Jr.
Cheralynn M. Gregoire
Chorey Taylor & Feil
3399 Peachtree Road, N.E.
The Lenox Building, Suite 1700
Atlanta, GA 30326-1148

**FOR DEFENDANT PANASONIC CORPORATION OF NORTH AMERICA:**

M. Diane Owens
Swift, Currie, McGhee & Heirs, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309-3238

Neil F. Greenblum
Michael J. Fink
P. Branko Pejic
Nathan J. Bailey
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191

**FOR DEFENDANT HITACHI AMERICA, LTD.**

   Jeffrey B. Plies
   Dechert, LLP - TX
   Suite 1850
   300 W. 6th Street
   Austin, TX 78701

   Martin J. Black
   Robert W. Ashbrook
   Dechert LLP-PA
   Cira Centre
   2929 Arch St.
   Philadelphia, PA 19104

   Jennifer N. Ide
   Sutherland Asbill & Brennan
   999 Peachtree Street, N.E.
   Suite 2300
   Atlanta, GA 30309-3996

Submitted this 31st day of August, 2009.

       SWIFT, CURRIE, McGHEE & HIERS, LLP

        */s/*
      BY:_____
       M. Diane Owens
       Georgia Bar No. 557490
       ATTORNEY FOR DEFENDANT
       PANASONIC CORPORATION OF
       NORTH AMERICA

The Peachtree - Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia  30309
(404) 874-8800

## CERTIFICATE OF FONT SIZE

     I Pursuant to L.R. 7.1D NDGa., I hereby certify that this document was prepared in Times New Roman font, 14 point.

BY: _/s/ M. Diane Owens_____
            M. Diane Owens
            Georgia State Bar No. 557490

## CERTIFICATE OF SERVICE

I, M. Diane Owens, do hereby certify that on this the 31st day of August, 2009, I caused a true and correct copy of **Certificate of Interested Persons and Corporate Disclosure Statement of Defendant Panasonic Corporation of North America** to be filed with the Clerk of the Court via the CM/ECF filing system and forwarded via United States Mail or electronic transmission to the following:

Barry P. Golob
Duane Morris, LLP-DC
Suite 1000
505 - 9th Street, NW
Washington , DC 20004-2166

John Matthew Baird
Duane Morris, LLP-DC
Suite 1000
505 - 9th Street NW
Washington , DC 20004-2166

Leah J Poynter
Louis Norwood Jameson
Duane Morris, LLP -GA
1180 West Peachtree Street, NW
Atlanta , GA 30309-3448

Patrick D. McPherson
Duane Morris, LLP-DC
Suite 1000
505 – 9th Street NW
Washington, DC 20004-2166

Nagendra Setty
Thad Charles Kodish
Noah C. Graubart
Brian Patrick Boyd
Fish & Richardson, P.C.-Atl
21st Floor
1180 Peachtree Street, NE
Atlanta , GA 30309

Evan Finkel
Mark R. Kendrick
Carolyn S. Lu
Pillsbury Winthrop Shaw Pittman,
LLP-CA
Suite 2800
725 South Figueroa Street
Los Angeles , CA 90017-5406

Jesse J. Jenner
Gene W. Lee
David S. Chun
Ropes & Gray LLP

William Sekyi
Fish & Richardson-DC
1425 K Street, NW
Suite 1100

1211 Avenue of the Americas          Washington , DC 20005
New York, NY 10036-8704

Bryan G. Harrison                    Dalila A. Wendlandt
Morris Manning & Martin LLP          Ropes & Gray LLP
1600 Atlanta Financial Center        One International Place
3343 Peachtree Road, NE              Boston, MA 02110-2624
Atlanta, GA 30326

John L. Taylor , Jr.                 Martin J. Black
Cheralynn M. Gregoire                Robert W. Ashbrook
Chorey Taylor & Feil                 Dechert LLP-PA
3399 Peachtree Road, N.E.            Cira Centre
The Lenox Building, Suite 1700       2929 Arch St.
Atlanta , GA 30326-1148              Philadelphia , PA 19104

Jeffrey B. Plies                     Jennifer N. Ide
Dechert, LLP - TX                    Sutherland Asbill & Brennan
Suite 1850                           999 Peachtree Street, N.E.
300 W. 6th Street                    Suite 2300
Austin , TX 78701                    Atlanta , GA 30309-3996


This 31st day of August, 2009.

SWIFT, CURRIE, McGHEE & HIERS, LLP

*/s/ M. Diane Owens*

By: _____

M. Diane Owens
Georgia State Bar No. 557490
Attorneys for Defendant Panasonic Corporation of
North America

Swift, Currie, McGhee & Hiers, LLP
1355 Peachtree Street, N.E., Suite 300
Atlanta, Georgia 30309-3231
(404) 874-8800

2099423v.1