# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SYNCHROME TECHNOLOGY INC., | § § § |
| Plaintiff, | § § C.A. No. 1:09-cv-01736-JEC |
| v. | § § **JURY TRIAL DEMANDED** |
| LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI AMERICA, LTD., | § § § § § § § § § § |
| Defendants. | |

**PLAINTIFF/COUNTERCLAIM DEFENDANT SYNCHROME
TECHNOLOGY INC.'S ANSWER TO LG ELECTRONICS
U.S.A., INC.'S COUNTERCLAIMS**

COMES NOW Plaintiff Synchrome Technology, Inc. ("Synchrome") and hereby answers the Counterclaims of LG Electronics U.S.A., Inc. ("LGEUS") as follows:

## NATURE OF THE ACTION

1. Synchrome admits that the Counterclaims request a declaration of patent invalidity and noninfringement arising under the federal Declaratory Judgment Act, 28 U.S.C. §2202, et seq. and the patent laws of the United States, 35 U.S.C. § 1 et seq., but denies that LGEUS is entitled to any form of relief.

## PARTIES

2. On information and belief, Synchrome admits the allegations of this paragraph.

3. Admits.

## JURISDICTION AND VENUE

4. Admits.

## COUNT I

(DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF THE '398 PATENT)

5. Synchrome incorporates by reference its answers to the allegations of paragraphs 1 through 4 of the Counterclaims as if fully set forth herein.

6. Admits.

7. Synchrome admits that an actual and continuing justiciable controversy exists between LGEUS and Synchrome regarding non-infringement and invalidity of the claims of the '398 patent. Synchrome states that LGEUS has

infringed and continues to infringe the '398 patent and further states that the '398 patent is valid; Synchrome admits that LGEUS denies Synchrome's allegations of infringement and admits that LGEUS denies that the claims of the '398 patent are valid.

8. Denies.

9. Denies.

10. Denies.

## COUNT II

(DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF THE '925 PATENT)

11. Synchrome incorporates by reference its answers to the allegations of paragraphs 1 through 4 of the Counterclaims as if fully set forth herein.

12. Admits.

13. Synchrome admits that an actual and continuing justiciable controversy exists between LGEUS and Synchrome regarding non-infringement and invalidity of the claims of the '925 patent. Synchrome states that LGEUS has infringed and continues to infringe the '925 patent and further states that the '925 patent is valid; Synchrome admits that LGEUS denies Synchrome's allegations of infringement and admits that LGEUS denies that the claims of the '925 patent are valid.

- 3 -
DM1\1898819.1

14. Denies.

15. Denies.

16. Denies.

## GENERAL DENIAL

Except as specifically admitted above, Synchrome denies each and every allegation contained in Paragraphs 1-16 and denies LGEUS is entitled to any relief requested in Paragraphs A through F of Defendant's Counterclaims and its Prayer for Relief.

Dated this 23rd day of September, 2009.

Respectfully submitted,

/s/ Leah J. Poynter
L. Norwood Jameson
Georgia Bar No. 003970
(wjameson@duanemorris.com)
Leah J. Poynter
Georgia Bar No. 586605
(lpoynter@duanemorris.com)

DUANE MORRIS, LLP
1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
(404) 253-6900 (Telephone)
(404) 253-6901 (Facsimile)

Patrick D. McPherson *(pro hac vice)*
(pdmcpherson@duanmorris.com)
Barry P. Golob *(pro hac vice)*

(bgolob@duanemorris.com)
John Matthew Baird *(pro hac vice)*
(jmbaird@duanemorris.com)

DUANE MORRIS, LLP
505 9th Street NW, Suite 1000
Washington , DC 20004-2166
(202) 776-7800 (Telephone)
(202) 776- 7801 (Facsimile)

*ATTORNEYS FOR PLAINTIFF
SYNCHROME TECHNOLOGY INC.*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on September 23, 2009, a true and correct copy of the foregoing PLAINTIFF/COUNTERCLAIM DEFENDANT SYNCHROME TECHNOLOGY INC.'S ANSWER TO LG ELECTRONICS U.S.A., INC.'S COUNTERCLAIMS was filed with the Clerk of Court by using CM/ECF System, which will send a notice of electronic filing to all counsel on record.

                                                          /s/ Leah J. Poynter
                                                          Leah J. Poynter
                                                          Georgia Bar No. 586605