# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SYNCHROME TECHNOLOGY INC., | § § § | |
| Plaintiff, | § § | C.A. No. 1:09-cv-01736-JEC |
| v. | § § | **JURY TRIAL DEMANDED** |
| LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI AMERICA, LTD., | § § § § § § § § § § | |
| Defendants. | | |

## PLAINTIFF/COUNTERCLAIM DEFENDANT SYNCHROME TECHNOLOGY INC.'S ANSWER TO SAMSUNG ELECTRONICS AMERICA, INC.'S COUNTERCLAIMS

COMES NOW Plaintiff Synchrome Technology Inc. ("Synchrome") and hereby answers the Counterclaims of Samsung Electronics America, Inc. ("Samsung") as follows:

Synchrome states that paragraphs 1-20 of Samsung's Answer, Defenses, and Counterclaims are not in a form appropriate for response and do not require any

admission or denial. Synchrome further states that it stands by the allegations of its Complaint.

## GENERAL ALLEGATIONS AND PARTIES

21. On information and belief, Synchrome admits the allegations of this paragraph.

22. Admits.

23. Admits.

24. Admits.

## COUNT I

**(Declaratory Judgment of Non-Infringement)**

25. Synchrome incorporates by reference its answers to the allegations of paragraphs 21 through 24 in the Defendant's Counterclaims as if fully set forth herein.

26. Synchrome admits that an actual and justiciable case or controversy exists between Samsung and Synchrome with respect to the non-infringement of the Synchrome Patents. Synchrome denies the remaining allegations of paragraph 26.

27. Denies.

## COUNT II

### (Declaratory Judgment of Invalidity)

28. Synchrome incorporates by reference its answers to the allegations of paragraphs 21 through 24 in the Defendant's Counterclaims as if fully set forth herein.

29. Synchrome admits that an actual and justiciable case or controversy exists between Samsung and Synchrome concerning the validity of the Synchrome Patents by virtue of Synchrome's assertion of infringement of those patents by Samsung. Synchrome states that Samsung has infringed and continues to infringe the Synchrome Patents and further states that the Sychrome Patents are valid; Synchrome admits that Samsung denies Synchrome's allegations of infringement and further admits that Samsung denies that the Sychrome patents are valid.

30. Denies.

## GENERAL DENIAL

Except as specifically admitted above, Synchrome denies each and every allegation contained in Paragraphs 21-30 and denies Samsung is entitled to any relief requested in paragraphs A through H of Defendant's Counterclaim and its Prayer for Relief.

Dated this 23rd day of September, 2009.

                          Respectfully submitted,

                          /s/ Leah J. Poynter
                          L. Norwood Jameson
                          Georgia Bar No. 003970
                          (wjameson@duanemorris.com)
                          Leah J. Poynter
                          Georgia Bar No. 586605
                          (lpoynter@duanemorris.com)

                          DUANE MORRIS, LLP
                          1180 West Peachtree Street, Suite 700
                          Atlanta, Georgia 30309
                          (404) 253-6900 (Telephone)
                          (404) 253-6901 (Facsimile)

                          Patrick D. McPherson *(pro hac vice)*
                          (pdmcpherson@duanmorris.com)
                          Barry P. Golob *(pro hac vice)*
                          (bgolob@duanemorris.com)
                          John Matthew Baird *(pro hac vice)*
                          (jmbaird@duanemorris.com)

                          DUANE MORRIS, LLP
                          505 9th Street NW, Suite 1000
                          Washington , DC 20004-2166
                          (202) 776-7800 (Telephone)
                          (202) 776- 7801 (Facsimile)

                          *ATTORNEYS FOR PLAINTIFF*
                          *SYNCHROME TECHNOLOGY INC.*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on September 23, 2009, a true and correct copy of the foregoing PLAINTIFF/COUNTERCLAIM DEFENDANT SYNCHROME TECHNOLOGY INC.'S ANSWER TO SAMSUNG ELECTRONICS AMERICA, INC.'S COUNTERCLAIMS was filed with the Clerk of Court by using CM/ECF System, which will send a notice of electronic filing to all counsel on record.

                                                /s/ Leah J. Poynter
                                                Leah J. Poynter
                                                Georgia Bar No. 586605