# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| SYNCHROME TECHNOLOGY INC., | § § § | |
| Plaintiff, | § § | C.A. No. 1:09-cv-01736-JEC |
| v. | § § | **JURY TRIAL DEMANDED** |
| LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI AMERICA, LTD., | § § § § § § § § § § | |
| Defendants. | | |

### PLAINTIFF/COUNTERCLAIM DEFENDANT SYNCHROME TECHNOLOGY INC.'S ANSWER TO TOSHIBA AMERICA INFORMATION SYSTEM, INC.'S COUNTERCLAIMS

COMES NOW Plaintiff Synchrome Technology Inc. ("Synchrome") and hereby answers the Counterclaims of Toshiba America Information System, Inc. ("Toshiba") as follows:

## THE PARTIES

1. On information and belief, Synchrome admits the allegations of this paragraph.

2. Admits.

## JURISDICTION AND VENUE

3. Admits.

4. Admits.

5. Admits.

## FIRST COUNTERCLAIM

**(Declaration of Non-infringement of the Patents-in-Suit)**

6. Synchrome incorporates by reference its answers to the allegations of paragraphs 1 through 5 in the Defendant's Counterclaims as if fully set forth herein.

7. Admits.

8. Denies.

9. Denies.

## SECOND COUNTERCLAIM

**(Declaration of Invalidity of the Patents-in-Suit)**

10. Synchrome incorporates by reference its answers to the allegations of paragraphs 1 through 9 in the Defendant's Counterclaims as if fully set forth herein.

11. Admits.

12. Denies.

13. Denies.

## **GENERAL DENIAL**

Except as specifically admitted above, Synchrome denies each and every allegation contained in Paragraphs 1-13 and denies Toshiba is entitled to any relief requested in Paragraphs (a) through (i) of Defendant's Counterclaim and its Prayer for Relief.

Dated this 23rd of September, 2009.

    Respectfully submitted,

    /s/ Leah J. Poynter
    L. Norwood Jameson
    Georgia Bar No. 003970
    (wjameson@duanemorris.com)
    Leah J. Poynter
    Georgia Bar No. 586605
    (lpoynter@duanemorris.com)

    DUANE MORRIS, LLP

1180 West Peachtree Street, Suite 700
Atlanta, Georgia 30309
(404) 253-6900 (Telephone)
(404) 253-6901 (Facsimile)

Patrick D. McPherson *(pro hac vice)*
(pdmcpherson@duanmorris.com)
Barry P. Golob *(pro hac vice)*
(bgolob@duanemorris.com)
John Matthew Baird *(pro hac vice)*
(jmbaird@duanemorris.com)

DUANE MORRIS, LLP
505 9th Street NW, Suite 1000
Washington , DC 20004-2166
(202) 776-7800 (Telephone)
(202) 776- 7801 (Facsimile)

*ATTORNEYS FOR PLAINTIFF
SYNCHROME TECHNOLOGY INC.*

# CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that, on September 23, 2009, a true and correct copy of the foregoing PLAINTIFF/COUNTERCLAIM DEFENDANT SYNCHROME TECHNOLOGY INC.'S ANSWER TO TOSHIBA AMERICA INFORMATION SYSTEM, INC.'S COUNTERCLAIMS was filed with the Clerk of Court by using CM/ECF System, which will send a notice of electronic filing to all counsel on record.

/s/ Leah J. Poynter
Leah J. Poynter
Georgia Bar No. 586605