IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SYNCHROME TECHNOLOGY INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO.: 1:09-cv-01736-JEC<br>) |
| LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI AMERICA, LTD., | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**JOINT MOTION FOR DISMISSAL OF PARTY BY PLAINTIFF SYNCHROME TECHNOLOGY, INC. AND DEFENDANT HITACHI AMERICA, LTD.**

According to representations made by Defendant Hitachi America, Ltd. ("Hitachi America"), Hitachi America has not made, sold, or offered for sale any of the products accused of patent infringement in this action less than six years prior to the filing of this suit. For that reason, Plaintiff Synchrome Technology, Inc. ("Synchrome") and Defendant Hitachi America jointly move to dismiss without prejudice all claims by Synchrome against Hitachi America pursuant to Fed. R. Civ. P. 41(a). Should Plaintiff later discover facts that support the naming of Hitachi America as a

Defendant, Hitachi America agrees to allow Plaintiff to amend its complaint to re-introduce Hitachi America as a Defendant.

This motion is being made for the sole purpose of simplifying this action going forward, and neither party opposes this joint motion. Accordingly, this Motion should be granted.

Each party shall bear its own costs and attorneys' fees.

A proposed order is attached hereto as Exhibit A.

| BONDURANT MIXSON & ELMORE | SUTHERLAND ASBILL & BRENNAN LLP |
|---|---|
| s/ Jill A. Pryor | s/ Jennifer N. Ide |
| Jill A. Pryor (#539140)<br>1201 West Peachtree St. NW<br>Suite 3900<br>Atlanta, GA 30309<br>404-881-4100<br>pryor@bmelaw.com | Jennifer N. Ide (#381892)<br>999 Peachtree St., NE<br>Suite 2300<br>Atlanta, GA 30309<br>404-853-8000<br>jennifer.ide@sutherland.com |
| *Attorneys for Plaintiff*<br>*Synchrome Technology, Inc.* | Martin J. Black<br>Circa Centre<br>2929 Arch St.<br>Philadelphia, PA 19104 |
|  | *Attorneys for Hitachi*<br>*America, Ltd.* |

*Of Counsel:*

Michael D. Rounds
Cassandra P. Joseph
Adam K. Yowell
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2010, I electronically filed the within and foregoing Joint Motion For Dismissal Of Party By Plaintiff Synchrome Technology, Inc. and Defendant Hitachi America, Ltd. with the Clerk of the Court using the CM/ECF system which will send email notification of such filing to the following attorney of record:

*Counsel for Plaintiff*
*Synchrome Technology Inc.*

**BONDURANT, MIXON & ELMORE**
Jill A. Pryor
Georgia Bar No. 539140
Email: pryor@bmelaw.com
Kamal Ghali
Georgia Bar No. 805055
Email: ghali@bmelaw.com
Steven Rosenwasser
Georgia Bar No. 614908
Email: rosenwasser@bmelaw.com
1201 West Peachtree St. NW
Suite 3900
Atlanta, GA 30309
Phone: (404) 881-4100
Facsimile: (404) 881-4111

**WATSON ROUNDS**
Michael D. Rounds
Email: mrounds@watsonrounds.com
Cassandra P. Joseph
Adam K. Yowell
5371 Kietzke Lane
Reno, NV 89511
Telephone: (775) 324-4100
Facsimile: (775) 333-8171

*Counsel for Defendant*
*LG Electronics U.S.A., Inc.*

**MORRIS MANNING & MARTIN LLP**
Bryan G. Harrison
Georgia Bar No. 331750
E-mail: bharrison@mmmlaw.com

9101287.1

1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
Phone: (404) 504-7619
Fax: (404) 365-9532

**ROPES & GRAY LLP**
Jesse J. Jenner (*pro hac vice*)
E-mail: Jesse.Jenner@ropesgray.com
Gene W. Lee (*pro hac vice*)
E-mail: gene.lee@ropesgray.com
David S. Chun (*pro hac vice*)
E-mail: david.chun@ropesgray.com
1211 Avenue of the Americas
New York, NY 10036-8704
Phone: (212) 596-9000
Fax: (212) 596-9090

Dalila A. Wendlandt (*pro hac vice*)
E-mail:dalila.wendlandt@ropesgray.com
One International Place
Boston, MA 02110-2624
Phone: (617) 951-7884
Fax: (617) 235-0551

*Counsel for Defendant Samsung Electronics America, Inc.*

**FISH & RICHARDSON, P.C.**
Nagendra Setty
Georgia Bar No. 636205
E-mail: setty@fr.com
Thad Charles Kodish
Georgia Bar No. 427603
E-mail: tkodish@fr.com
Noah C. Graubart
Georgia Bar No. 141862
E-mail: graubart@fr.com
Brian Patrick Boyd
Georgia Bar No. 553190
E-mail: bboyd@fr.com
21st Floor
1180 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 892-5005
Fax: (404) 892-5002

William Sekyi (*pro hac vice*)
E-mail: sekyi@fr.com
1425 K Street, NW, Suite 1100
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331

*Counsel for Defendant Panasonic Corporation of North America*

**SWIFT, CURRIE, MCGHEE & HIERS LLP**
M. Diane Owens
Georgia Bar No. 557490
E-mail:Diane.Owens@swiftcurrie.com
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: (404) 874-8800

**GREENBLUM & BERNSTEIN, P.L.C.**
Neil F. Greenblum (*pro hac vice*)
E-mail: nreenblum@gbpatent.com
Michael J. Fink (*pro hac vice*)
E-mail: mfink@gbpatent.com
P. Branko Pejic (*pro hac vice*)
E-mail: bpejic@gbpatent.com
Nathan J. Bailey (*pro hac vice*)
E-mail: nbailey@gbpatent.com
1950 Roland Clarke Place
Reston, VA 20191
Phone: (703) 716-1191
Fax: (703) 716-1180

*Counsel for Defendant Toshiba America Information Systems, Inc.*

**CHOREY TAYLOR & FEIL**
John L. Taylor, Jr.
Georgia Bar No. 309760
E-mail: jtaylor@ctflegal.com
Cheralynn M. Gregoire
Georgia Bar No. 700400
E-mail: cgregoire@ctflegal.com
Suite 1700, The Lenox Building
3399 Peachtree Road, N.E.
Atlanta, GA 30326-1148
Tel: (404) 841-3200
Fax: (404) 841-3221

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Evan Finkel (*pro hac vice*)
E-mail: evan.finkel@pillsburylaw.com
Mark R. Kendrick (*pro hac vice*)
E-mail:mark.kendrick@pillsburylaw.com
Carolyn S. Lu (*pro hac vice*)
E-mail: carolyn.lu@pillsburylaw.com
725 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-5406
Tel: (213) 488-7100
Fax: (213) 226-4058

Dated: April 8, 2010.

> s/ Jennifer N. Ide
> **SUTHERLAND ASBILL & BRENNAN LLP**
> Jennifer N. Ide
> Georgia Bar No. 381892
> E-mail: Jennifer.Ide@sutherland.com
> 999 Peachtree Street, N.E., Suite 2300
> Atlanta, GA 30309-3996
> Phone (404) 853-8000
> Fax: (404) 853-8806
>
> **DECCHERT, LLP**
> Jeffrey B. Plies (*pro hac vice*)
> E-mail: jeff.plies@dechert.com
> 300 W. 6th Street, Suite 1850
> Austin, TX 78701
> Phone: (512) 394-3000
>
> Martin J. Black (*pro hac vice*)
> E-mail: martin.black@dechert.com
> Robert W. Ashbrook (*pro hac vice*)
> E-mail: robert.ashbrook@dechert.com
> Cira Centre
> 2929 Arch St.
> Philadelphia, PA 19104
> Phone: (215) 994-4000
>
> *Counsel for Defendant Hitachi America, Ltd.*