EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SYNCHROME TECHNOLOGY INC., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI AMERICA, LTD., <br><br> Defendants. | CASE NO.: 1:09-cv-01736-JEC <br><br> **JURY TRIAL DEMANDED** |

**CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE**

IT IS HEREBY ORDERED that the claims by Synchrome against Hitachi America Ltd. are DISMISSED without prejudice to the refiling of same.

Each party shall bear its own costs and attorneys' fees.

SO ORDERED, this _____ day of April, 2010

_____
United States District Judge

| BONDURANT MIXSON & ELMORE | SUTHERLAND ASBILL & BRENNAN |
|---|---|
| s/ Jill A. Pryor | s/ Jennifer N. Ide |
| Jill A. Pryor (#539140) <br> 1201 West Peachtree St. NW <br> Suite 3900 <br> Atlanta, GA 30309 | Jennifer N. Ide (#381892) <br> 999 Peachtree St., NE <br> Suite 2300 <br> Atlanta, GA 30309 |

19101279.1

*Attorneys for Plaintiff*
*Synchrome Technology, Inc.*

*Of Counsel:*

Michael D. Rounds
Cassandra P. Joseph
Adam K. Yowell
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511

Martin J. Black
Circa Centre
2929 Arch St.
Philadelphia, PA 19104

*Attorneys for Hitachi America, Ltd.*

29101279.1