IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SYNCHROME TECHNOLOGY INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| | ) CASE NO.: 1:09-cv-01736-JEC |
| v. | )<br>) |
| LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI AMERICA, LTD., | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

In conjunction with Plaintiff Synchrome Technologies, Inc.'s ("Synchrome") and Samsung Electronics America, Inc.'s Joint Motion for Dismissal of Party, Synchrome hereby requests leave to amend its Complaint pursuant to Fed. R. Civ. P. 15(a)(2) to dismiss Samsung Electronics America, Inc. ("Samsung America") as a Defendant and add Samsung Semiconductor, Inc.

("SSI") as a Defendant. The proposed First Amended Complaint is attached hereto as Exhibit 1. Samsung America does not oppose this Motion, and Synchrome has the written consent of both SSI and Samsung America to file this pleading. Counsel for Samsung America has indicated it will accept service on SSI's behalf, and the First Amended Complaint will not require any change to the Scheduling Order.

DATED April 13, 2010 and submitted by:

| BONDURANT MIXSON & ELMORE | FISH & RICHARDSON, P.C |
|---|---|
| /s/ Jill A. Pryor | /s/ Thad C. Kodish |

Jill A. Pryor (#539140)
1201 West Peachtree St. NW
Suite 3900
Atlanta, GA 30309

**ATTORNEYS FOR PLAINTIFF
SYNCHROME TECHNOLOGY, INC.**

Of Counsel:

Michael D. Rounds
Cassandra P. Joseph
Adam K. Yowell
WATSON ROUNDS
5371 Kietzke Lane
Reno, NV 89511

Nagendra Setty
Georgia Bar No. 636205
E-mail: setty@fr.com
Thad Charles Kodish
Georgia Bar No. 427603
E-mail: tkodish@fr.com
Noah C. Graubart
Georgia Bar No. 141862
E-mail: graubart@fr.com
Brian Patrick Boyd
Georgia Bar No. 553190
E-mail: bboyd@fr.com
1180 Peachtree Street, NE, 21st Floor
Atlanta, GA 30309
Phone: (404) 892-5005
Fax: (404) 892-5002

William Sekyi (admitted *pro hac vice*)
E-mail: sekyi@fr.com
1425 K Street, NW, Suite 1100
Washington, DC 20005
Phone: (202) 783-5070
Fax: (202) 783-2331

**ATTORNEYS FOR DEFENDANT SAMSUNG
ELECTRONICS AMERICA, INC.**