IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| SYNCHROME TECHNOLOGY INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO.: 1:09-cv-01736-JEC<br>)<br>) |
| LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI AMERICA, LTD., | ) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## JOINT MOTION FOR DISMISSAL OF PARTY BY PLAINTIFF SYNCHROME TECHNOLOGY, INC. AND DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.

Defendant Samsung Electronics America ("Samsung America") has represented that, with a minor exception, Samsung America has not made, sold, or offered for sale any of the products accused of patent infringement in this action. Samsung America has identified Samsung Semiconductors, Inc. ("SSI") as the proper party to this action and its counsel has indicated they will accept service on SSI's behalf.

1

Samsung America has also represented that there is a short window of time during which Samsung America may have sold a small number of accused products. SSI has stipulated to responsibility for any damages arising out of Samsung America's limited sales of the accused products, if any are found to be infringing, to the same extent to which Samsung America would otherwise bear responsibility were it a Defendant in this action. In connection with Samsung America's sale of accused products, SSI reserves the right to assert any and all defenses that would be available to Samsung America were it a Defendant, including but not limited to non-infringement, invalidity of the asserted patents, and/or statutory limitations on damages.

For that reason, Plaintiff Synchrome Technology, Inc. ("Synchrome") and Defendant Samsung America stipulate to dismiss without prejudice all claims by Synchrome against Samsung America, and counterclaims by Samsung America against Synchrome pursuant to Fed. R. Civ. P. 41(a)(2). Should Plaintiff later discover facts that reasonably support the naming of Samsung America as a Defendant, Samsung America agrees not to oppose Plaintiff amending its complaint to re-introduce Samsung America as a Defendant.

This motion is being made for the sole purpose of simplifying this action going forward, and neither party opposes this joint motion. Accordingly, this Motion should be granted.

Each party shall bear its own costs and attorneys' fees.

DATED April 13, 2010 and submitted by:

| BONDURANT MIXSON & ELMORE | FISH & RICHARDSON, P.C |
|---|---|
| /s/ Jill A. Pryor<br>Jill A. Pryor (#539140)<br>1201 West Peachtree St. NW<br>Suite 3900<br>Atlanta, GA 30309<br><br>**ATTORNEYS FOR PLAINTIFF SYNCHROME TECHNOLOGY, INC.**<br><br>Of Counsel:<br><br>Michael D. Rounds<br>Cassandra P. Joseph<br>Adam K. Yowell<br>WATSON ROUNDS<br>5371 Kietzke Lane<br>Reno, NV 89511 | /s/ Thad C. Kodish<br>Nagendra Setty<br>Georgia Bar No. 636205<br>E-mail: setty@fr.com<br>Thad Charles Kodish<br>Georgia Bar No. 427603<br>E-mail: tkodish@fr.com<br>Noah C. Graubart<br>Georgia Bar No. 141862<br>E-mail: graubart@fr.com<br>Brian Patrick Boyd<br>Georgia Bar No. 553190<br>E-mail: bboyd@fr.com<br>1180 Peachtree Street, NE, 21st Floor<br>Atlanta, GA 30309<br>Phone: (404) 892-5005<br>Fax: (404) 892-5002<br><br>William Sekyi (admitted *pro hac vice*)<br>E-mail: sekyi@fr.com<br>1425 K Street, NW, Suite 1100<br>Washington, DC 20005<br>Phone: (202) 783-5070<br><br>**ATTORNEYS FOR DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.** |