IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| SYNCHROME TECHNOLOGY INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| | ) | CASE NO.: 1:09-cv-01736-JEC |
| v. | ) ) | |
| LG ELECTRONICS U.S.A., INC., SAMSUNG ELECTRONICS AMERICA, INC., TOSHIBA AMERICA INFORMATION SYSTEMS, INC., PANASONIC CORPORATION OF NORTH AMERICA, HITACHI AMERICA, LTD., | ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) ) | |

## CONSENT ORDER OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY ORDERED that the claims by Synchrome against Samsung Electronics America Inc. and the counterclaims by Samsung Electronics America Inc. are DISMISSED without prejudice.

Each party shall bear its own costs and attorneys' fees.

SO ORDERED, this 13 day of May, 2010

_____
United States District Judge

4